IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-530-CV





RAY W. MEYER,



 APPELLANT


vs.





TEXAS HOUSING AGENCY AND RICHARD H. GARZA, IN HIS FORMER


OFFICIAL CAPACITY AND IN HIS OFFICIAL CAPACITY,




 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT



NO. 91-11800, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING



 





PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.



Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 24, 1993

Do Not Publish